UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH JEAN-CHARLES, a/k/a JEAN-CHARLES JOSEPH, et al., Plaintiffs <br><br> v. <br><br> DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR, JOHN DOE FIVE; JOHN DOE SIX; JOHN DOE SEVEN; JOHN DOE EIGHT; JOHN DOE NINE; JOHN DOE TEN; JOHN DOE ELEVEN; AND JOHN DOE TWELVE, Defendants. | LEAD CIVIL ACTION NO. 3:11-cv-00614-JCH |

## ADDENDUM TO STANDING PROTECTIVE ORDER

It is hereby ordered by the Court that the following provisions are to be incorporated into the Standing Protective Order applicable to Lead Civil Action 3:11-cv-00614-JCH and all related cases.

1. The parties agree that if any Confidential Information, as defined and designated pursuant to the Standing Protective Order, is to be appended to a motion, opposition, report, stipulation, or any other submission to the Court, or incorporated, referenced, or discussed therein, the filing party, before any filing of Confidential Information is made, shall provide to all other parties at least ten (10) days' written notice of his/her intent to file the Confidential Information. Such notice shall adequately identify and describe the Confidential Information to be filed, and this notice will be given in order to allow any other party to file a motion to seal the Confidential Information pursuant to Local Rule 5(e), and to obtain a ruling from the Court on

such motion before any Confidential Information is filed.  Notwithstanding the above, a filing party may file with the Court a motion, opposition, report, stipulation or other submission at any time with full redaction of the Confidential Information.

2. Within seven (7) days of receiving written notice, any party so desiring shall file with the Court pursuant to Local Rules 5(e) and 7(a) a motion to seal the Confidential Information, and any party may oppose such motion according to Local Rule 7(a).  No party shall publicly file the Confidential Information at issue before the Court has ruled upon any such motion to seal, provided, however, that a motion, report, stipulation, or other submission may be filed with full redaction of the Confidential Information as described in Paragraph 1.  In the event that the Court denies in whole or in part the motion to seal, the Confidential Information shall nonetheless be filed according to any instructions given by the Court.

3. If a party, including its counsel or agents authorized to access Confidential Information, is served with a subpoena or an order commanding disclosure of Confidential Information in a manner which would violate the Standing Protective Order, then in addition to complying with the Protective Order and objecting to the disclosure of Confidential Information, the party served shall give all other parties in this proceeding written notice within one business day that a subpoena or order has been received.  Provided further, the party shall not in any event be relieved of its obligation under the Protective Order not to disclose or display Confidential Information except for use in and in conjunction with this action and the related actions, and strictly in accordance with the limitations of the Protective Order, unless otherwise ordered by this Court.

4. This Order is entered without prejudice to any party's right to seek a further addendum to the Order by appropriate motion to the Court.

     5.     These provisions shall take immediate effect in the lead case, and in all related cases, upon the entry of this Order on the Court's docket in Lead Civil Action 3:11-cv-00614-JCH.

SO ORDERED this <u>9th</u> day of <u>  April  </u>, 2012.

/s/ Janet C. Hall  
UNITED STATED DISTRICT JUDGE