UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH JEAN-CHARLES, a/k/a JEAN-CHARLES JOSEPH, Plaintiff | Lead Civil Action No.: 3:11-cv-00614-RNC |
| | *Consolidated with:* |
| | 11-CV-00812 |
| v. | 11-CV-01966 |
| | 12-CV-00009 |
| DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, | 12-CV-00010 |
| S.J.; HOPE E. CARTER; HAITI FUND, INC.; | 12-CV-00011 |
| FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS | 12-CV-00012 |
| OF NEW ENGLAND; SOVEREIGN MILITARY | 12-CV-00013 |
| HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM | 12-CV-00014 |
| OF RHODES AND OF MALTA, AMERICAN | 12-CV-00015 |
| ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, | 12-CV-00016 |
| AMERICAN ASSOCIATION, USA; JOHN DOE ONE; | 12-CV-00018 |
| JOHN DOE TWO; JOHN DOE THREE; JOHN DOE | 12-CV-00019 |
| FOUR; JOHN DOE FIVE; JOHN DOE SIX; JOHN DOE | 12-CV-00020 |
| SEVEN; JOHN DOE EIGHT; JOHN DOE NINE; JOHN | 12-CV-00021 |
| DOE TEN; JOHN DOE ELEVEN; and JOHN DOE | 12-CV-00022 |
| TWELVE, | 12-CV-00023 |
| | 12-CV-00026 |
| Defendants. | 12-CV-00027 |
| | 12-CV-00028 |
| | 12-CV-00775 |
| | 12-CV-01043 |
| *This document applies to:* *Mackenson Michel v. Perlitz, et al., 12-CV-01043* | |

November 26, 2012

## MOTION OF CERTAIN DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF MACKENSON MICHEL'S AMENDED COMPLAINT

Defendants Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus

of New England, and The Sovereign Military Hospitaller Order of St. John of Jerusalem of

Rhodes and of Malta, American Association, U.S.A. (together, "the Defendants"), through their

respective counsel, respectfully move for an extension of time to respond to plaintiff Mackenson

Michel's Amended Complaint, dated November 12, 2012 (docket # 265), until fourteen (14)

days after the date on which the Court rules on plaintiff Jimmy Jesula's pending motion for leave to file an amended complaint, dated November 13, 2012 (docket # 266).    In support of this motion, Defendants represent as follows:

On January 19, 2012, Judge Hall ordered the 19 then-pending cases consolidated for pretrial purposes and ordered defendants to file consolidated omnibus motions to dismiss. Ultimately, amended pleadings were filed in each of the then-pending cases, motions to dismiss were filed, and those motions have been fully-briefed and argued and are under advisement.

On May 23, 2012, plaintiffs' counsel filed the *Jesula* action, Case No. 12-775 (RNC), which originally was assigned to Judge Arterton. On July 17, 2012, plaintiffs' counsel filed the *Michel* action, Case No. 12-1043(RNC), which was originally assigned to Judge Kravitz. The *Jesula* and *Michel* complaints were substantially identical to the previously-filed complaints except for allegations specifically related to the individual plaintiff. Although plaintiffs and appearing defendants had previously agreed that *Jesula* and *Michel* would be consolidated under this docket and that the omnibus motions to dismiss and omnibus motions to strike would apply as if the cases had been pending when the omnibus motions were filed, plaintiffs objected to consolidation of the cases pending decision on their motion to recuse this Court. Pending a ruling on consolidation, Defendants moved for extensions of time to respond to the *Jesula* and *Michel* complaints until November 16, 2012. On October 24, 2012, this Court denied plaintiffs' motion to recuse Judge Chatigny, and on October 31, 2012, this Court granted Defendants' motion to consolidate *Jesula* and *Michel* with the above captioned lead case (docket ## 259, 260).

Following this Court's Order consolidating *Jesula* and *Michel* under the above captioned lead case, on November 12, 2012, plaintiffs' counsel amended the *Michel* complaint, and on

November 13, 2012, plaintiffs' counsel moved for leave to amend the *Jesula* complaint, notwithstanding the fact that the parties' previous agreement and the Court's Orders precluded any further amendment of the consolidated complaints. Defendants intend to object to the purported and proposed amendments to the *Michel* and *Jesula* complaints on or before December 4, 2012. In the meantime, in order to clarify that no responsive pleading was due with respect to the *Jesula* complaint, Defendants moved for and were granted an extension of the previously entered pleading deadline until 14 days after the Court's ruling on plaintiff's motion for leave to file amended complaint ( Docket # 272). Defendants now seek a similar extension of time with regard to *Michel*. If plaintiff's motion for leave to amend is denied in *Jesula* and this Court sustains Defendants' objection to the First Amended Complaint in *Michel*, then the omnibus motions to dismiss and the omnibus motions to strike should apply equally to *Jesula* and *Michel*. Alternatively, Defendants can simply re-file similar motions. If Defendants' objections to the proposed or purported amended complaints in *Jesula* and *Michel* are overruled, then Defendants will respond to the new pleadings no later than 14 days after the Court's rulings.

Defendants have consulted with plaintiffs' counsel and ascertained that plaintiff does not consent to the requested extension. This is Defendants' first request for an extension of time to respond to the *Michel* First Amended Complaint.

Accordingly, Defendants respectfully request that the Court grant this motion and extend their time to respond to the *Michel* First Amended Complaint until fourteen (14) days after the Court rules on the pending Jesula motion for leave to file an amended complaint.

RESPECTFULLY SUBMITTED,

FOR THE SOCIETY OF JESUS OF NEW ENGLAND

By: /s/ Carolyn R. Linsey

Carolyn R. Linsey (ct 07674)
Jeffers Cowherd P.C.
55 Walls Drive
Fairfield, CT 06824
Tel: (203) 259-7900
clinsey@jeffers-law.com

Michael J. Kerrigan (phv05175)
Sloane & Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108
Tel: (617) 523-6010
mkerrigan@sloanewalsh.com

FOR FAIRFIELD UNIVERSITY

By: /s/ Thomas D. Goldberg

Thomas D. Goldberg (ct 04386)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: (860) 275-0100
tdgodlberg@daypitney.com

FOR HOPE E. CARTER

By: /s/ Jeffrey W. Kennedy

Jeffrey W. Kennedy (ct 16419)
Milano & Wanat, LLC
471 E. Main Street
Branford, CT 06405
Tel: 203-315-7000
jkennedy@mwllc.us

FOR FATHER PAUL E. CARRIER

By: /s/ Theodore J. Folkman
      Theodore J. Folkman (phv04969)
      Murphy & King, PC
      One Beacon Street
      21st Floor
      Boston, MA 02108
      Tel: 617-423-0400
      tjf@murphyking.com

      Erin R. Woelker (ct 27552)
      St. Onge Steward Johnston & Reens LLC
      986 Bedford Street
      Stamford, CT 06905
      Tel: (203) 324-6155
      ewoelker@ssjr.com

FOR SOVEREIGN MILITARY HOSPITALLER
ORDER OF ST. JOHN OF JERUSALEM OF
RHODES AND OF MALTA,
AMERICAN ASSOCIATION, U.S.A.
a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, U.S.A.

By: /s/ Bradford S. Babbitt
      Bradford S. Babbitt (ct13938)
      Robinson & Cole
      280 Trumbull Street
      Hartford, CT 06103
      Tel: 860-275-8209
      bbabbitt@rc.com

## CERTIFICATE OF SERVICE

This is to certify that on November 26, 2012, the foregoing document was served by electronic mail on all counsel of record. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

The undersigned further certifies that on November 26, 2012, a copy of the foregoing document was sent by United States Mail to counsel for Defendant Douglas Perlitz listed below:

> David Grudberg, Esq.
> Carmody & Torrance LLP
> 195 Church Street
> P.O. Box 1950
> New Haven, CT 06509-1950
> dgrudberg@carmodylaw.com

Parties may access this filing through the Court's CM/ECF System.

> /s/ Carolyn R. Linsey
> Carolyn R. Linsey