# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH JEAN-CHARLES, a/k/a JEAN-CHARLES JOSEPH, Plaintiff<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; JOHN DOE SEVEN; JOHN DOE EIGHT; JOHN DOE NINE; JOHN DOE TEN; JOHN DOE ELEVEN; and JOHN DOE TWELVE,<br><br>Defendants. | Lead Civil Action No.: 3:11-cv-00614-RNC<br><br>*Consolidated with:*<br>11-CV-00812<br>11-CV-01966<br>12-CV-00009<br>12-CV-00010<br>12-CV-00011<br>12-CV-00012<br>12-CV-00013<br>12-CV-00014<br>12-CV-00015<br>12-CV-00016<br>12-CV-00018<br>12-CV-00019<br>12-CV-00020<br>12-CV-00021<br>12-CV-00022<br>12-CV-00023<br>12-CV-00026<br>12-CV-00027<br>12-CV-00028<br>12-CV-00775<br>12-CV-01043 |
| *This document applies to:*<br>All consolidated cases | JUNE 28, 2013 |

# JOINT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiffs in the lead case and in each of the consolidated cases identified above, Paul E. Carrier, S.J., the Society of Jesus of New England, Fairfield University, Hope Carter, and the Sovereign Military Hospitaller Order Of St. John Of Jerusalem Of Rhodes And Of Malta, American Association, U.S.A., jointly move for the dismissal of any and all direct and derivative claims in the lead case and in each of the consolidated cases identified above, with prejudice, without costs, and with all rights of appeal waived.

**PLAINTIFFS,**
**JOSEPH JEAN-CHARLES, ET AL.**

By: /s/ Mitchell Garabedian
Mitchell Garabedian (phv04676)
William H. Gordon (phv04677)
Law Offices Of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250
Email: garabedianlaw@msn.com
Email: garabedianlaw@earthlink.net

-and-

Paul J. Hanly, Jr. (phv04680)
Andrea Bierstein (phv04678)
Hanly Conroy Bierstein Sheridan Fisher &
Hayes LLP
112 Madison Ave., 7th Floor
New York, NY 10016
Phone: (212) 784-6400
Email: phanly@hanlyconroy.com
Email: abierstein@hanlyconroy.com

-and-

Steven J. Errante (ct04292)
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe & Errante, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278
Email: serrante@ltke.com

*Their Attorneys*

**DEFENDANT,**
**PAUL E. CARRIER, S.J.**

By: /s/ Timothy P. O'Neill
Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Murphy & King, P.C.
One Beacon St.
Boston, MA 02108
Phone: (617) 423-0400
Email: tpo@murphyking.com
Email: tjf@murphyking.com

*His Attorneys*

**DEFENDANT,**
**THE SOCIETY OF JESUS OF NEW**
**ENGLAND**

By: /s/ Carolyn R. Linsey
Carolyn R. Linsey (ct07674)
Jeffers Cowherd P.C.
55 Walls Drive
Fairfield, CT 06824
Phone: (203) 259-7900
Email: clinsey@jeffers-law.com

-and-

William J. Dailey, Jr. (phv05018)
Michael J. Kerrigan (phv05175)
Sloane & Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108
Phone: (617) 523-6010
Email: wdaileyjr@sloanewalsh.com
Email: mkerrigan@sloanewalsh.com

*Its Attorneys*

**DEFENDANT,**
**SOVEREIGN MILITARY HOSPITALLER**
**ORDER OF ST. JOHN OF JERUSALEM**
**OF RHODES AND OF MALTA,**
**AMERICAN ASSOCIATION, U.S.A.**

By: /s/ Bradford S. Babbitt
Bradford S. Babbitt (ct13938)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8209
Email: bbabbitt@rc.com

*Its Attorneys*

**DEFENDANT,**
**FAIRFIELD UNIVERSITY**

By: /s/ Thomas D. Goldberg
Stanley A. Twardy, Jr. (ct05096)
Thomas D. Goldberg (ct04386)
Paul D. Williams (ct05244)
Kathryn G. Newman (ct28708)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Email: satwardy@daypitney.com
Email: tgoldberg@daypitney.com
Email: pdwilliams@daypitney.com
Email: knewman@daypitney.com

*Its Attorneys*

**DEFENDANT,**
**HOPE CARTER**

By: /s/ Jeffrey W. Kennedy
Jeffrey W. Kennedy (ct16419)
Chris Wanat (ct02164)
Milano & Wanat, LLC
471 E. Main Street
Branford, CT 06405
Phone: (203) 315-7000
Email: jkennedy@mwllc.us
Email: cwanat@mwllc.us

*Her Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

The undersigned further certifies that on June 28, 2013, a copy of the foregoing document was sent by mail to defendant Haiti Fund, Inc., which is unable to accept electronic service, as follows:

> Haiti Fund, Inc.
> c/o Michael McCooey
> Chairman
> 475 Polly Park Road
> Rye, NY 10580

In addition, a copy of the foregoing document was sent by Regular U.S. Mail to counsel for defendant Douglas Perlitz, who is unable to accept electronic service, as follows:

> David T. Grudberg, Esq.
> Carmody & Torrance, LLP
> 195 Church Street
> P.O. Box 1950
> New Haven, CT 06509-1950

> /s/ Michael J. Kerrigan
> _____
> William J. Dailey, Jr. (phv05018)
> Michael J. Kerrigan (phv05175)

795526.1