UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH JEAN-CHARLES, A/K/A JEAN-CHARLES JOSEPH, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., A/K/A ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; JOHN DOE SEVEN; JOHN DOE EIGHT; JOHN DOE NINE; JOHN DOE TEN; JOHN DOE ELEVEN; AND JOHN DOE TWELVE, <br><br> Defendants. | LEAD CIVIL ACTION NO.: <br><br> 3:11-cv-00614 (RNC) |

FILED
2013 OCT 15 P 2:44
US DISTRICT COURT
HARTFORD CT

## **PROPOSED ORDER**

IT IS ORDERED THAT the time limitation for the parties to return or destroy all confidential information and videotaped witness statements is hereby extended until December 31, 2013, which deadline may be further extended upon motion of any party to these consolidated cases in the event that new lawsuits alleging similar facts are filed against the Defendants, and are pending before this Court.

IT IS FURTHER ORDERED THAT all other provisions of the Court's Protective Orders, entered April 18, 2011, April 10, 2012 and June 11, 2012, shall remain in full force and effect.

72085451.1                                                           -2-

-3-

SO ORDERED this 10th day of Oct, 2013, at Hartford, Connecticut

/s/ DFM

~~JUDGE ROBERT N. CHATIGNY~~ Donna F. Martinez
~~UNITED STATES DISTRICT COURT~~ USMJ

72085451.1